IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02674-DDD-CYC

ZACHARY A. MORGAN,

     Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed May 19, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of PNC Bank, National Association, and against Plaintiff, Zachary A. Morgan, on Defendant's Motion to Dismiss Plaintiff's Complaint or, in the Alter-native, for a More Definite Statement. It is further

ORDERED that Plaintiff's Complaint and action are dismissed with prejudice. It is further

ORDERED that this case is terminated.

1

DATED at Denver, Colorado this 19th day of May, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk